499 A.2d 578

**Peter S. HEPP**

**v.**

**Norma Devine HEPP, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 21, 1985.

Petition for Allowance of Appeal GRANTED, No. 142 E.D. Appeal Docket 1985.